UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FIRST FINANCIAL INSURANCE COMPANY,<br>      Plaintiff,<br><br>v.<br><br>J.T. FARMS, LLC; BJJM FAMILY, LLC;<br>JOSEPH TEXEIRA; JESSE MOSER<br>and TUCKER SEAVER, PPA TRACY<br>BUJAUCIUS,<br>      Defendants. | 3:10-cv-1089 (WWE) |

## ORDER

Now pending before the Court are plaintiff's motions for entry of default judgment against defendants J.T. Farms, LLC; BJJM Family, LLC; Joseph Texeira; Jesse Moser; and Tucker Seaver, PPA Tracy Bujauciuson filed on September 22, 2010 (Docs. 23, 25, 27, 29, 31). The complaint alleges diversity of citizenship under 28 U.S.C. § 1332 although the complaint does not allege who the members are of the two limited liability company defendants.

A limited liability company, for purposes of establishing diversity jurisdiction, is a citizen of the states in which its members are citizens. See Handelsman v. Bedford Village Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000); Exeter Energy L.P. v. Meridian Operations, LLC, 2009 U.S. Dist. LEXIS 60209 (D. Conn. July 9, 2009); see also Carden v. Arkoma Assoc., 494 U.S. 185, 195-96 (1990) (stating that, for purposes of diversity jurisdiction, limited partnerships have the citizenship of each of its general and limited partners). In Exeter Energy, the Court remanded the case for lack of jurisdiction where one of defendant's member's member's members defeated diversity.

1

Therefore, an allegation in a complaint of where a limited liability company is registered and where its principal place of business is are insufficient to determine its citizenship for diversity purposes.

On the record currently before the Court, the Court cannot determine whether it has jurisdiction over this matter.  See Da Silva v. Kinsho Intern. Corp., 229 F.3d 358, 361 (2d Cir. 2000)  (It is the "obligation of a court, on its own motion, to inquire as to subject matter jurisdiction and satisfy itself that such jurisdiction exists.").  Therefore, the Court instructs plaintiff to file a jurisdictional statement within fourteen days of the filing of this order sufficiently indicating the members of the limited liability company defendants so that the Court can determine that it has jurisdiction over this matter.

Dated at Bridgeport, Connecticut, this 15th day of October, 2010.

/s/
Warren W. Eginton
Senior United States District Judge